THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Town of
 Williamston, Respondent/Appellant,
 v.
 Beth H.
 McDaniel, Appellant/Respondent.
 
 
 

Appeal From Anderson County
 J. C. Buddy Nicholson, Jr., Circuit Court
 Judge
Unpublished Opinion No. 2010-UP-412
Submitted September 1, 2010  Filed
 September 20, 2010    
AFFIRMED

 
 
 
 Assistant Appellate Defender Elizabeth A. Franklin-Best, of
 Columbia, for Appellant/Respondent.
 Andrew F. Lindemann, of Columbia, for Respondent/Appellant.
 
 
 

PER CURIAM:  Beth
 H. McDaniel pled guilty in the Town of Williamston's (Town's) municipal court
 to thirty-one counts of presenting false checks for payment and was sentenced
 to ninety days' imprisonment.  Upon review, the circuit court affirmed
 McDaniel's sentence but ordered that she receive "one for one" good
 time credits and ordered her released.  McDaniel appeals, arguing the circuit
 court erred in failing to reverse her guilty plea when she did not knowingly
 and voluntarily waive her right to counsel.  The Town cross-appeals, arguing
 the circuit court erred in ordering McDaniel released on the basis of good time
 credits.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following
 authorities:  
1.  As to McDaniel's issue concerning her guilty plea:  State v. Bryant,
 383 S.C. 410, 418, 680 S.E.2d 11, 15 (Ct. App. 2009) (requiring that an issue
 must be both raised to and ruled upon by the circuit court to be preserved for
 this court's review); Williams v. Williams, 329 S.C. 569, 579, 496
 S.E.2d 23, 29 (Ct. App. 1998) ("The circuit court has the authority to
 hear motions to alter or amend the judgment when it sits in an appellate
 capacity, and these motions are required in order to preserve issues for
 further review by the Court of Appeals or the Supreme Court in cases where the
 circuit court fails to address an issue raised by a party."), rev'd on
 other grounds, 335 S.C. 386, 517 S.E.2d 689 (1999); City of Rock Hill v.
 Suchenski, 374 S.C. 12, 16, 646 S.E.2d 879, 880 (2007) (applying this rule
 in a criminal matter).  
2.  As to the Town's issue of good time credits and early
 release:  State v. Bynes, 304 S.C. 62, 65, 403 S.E.2d 126, 127 (Ct. App. 1991)
 (requiring a contemporaneous objection to preserve sentencing issue for
 appellate review).  
AFFIRMED.  
HUFF and GEATHERS, JJ., and CURETON, A.J., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.